Alvaro QUEZADA, Plaintiff–Appellant,

v.

R. FISHER, Captain; et al., Defendants–Appellees.

No. 12–16824.

United States Court of Appeals, Ninth Circuit.

Submitted May 13, 2014.*

Filed May 29, 2014.

Alvaro Quezada, Blythe, CA, pro se.

Before: CLIFTON, BEA, and WATFORD, Circuit Judges.

MEMORANDUM **

California state prisoner Alvaro Quezada appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action as duplicative. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion, *Adams v. Cal. Dep't of Health Servs.,* 487 F.3d 684, 688 (9th Cir. 2007), and we reverse and remand.

Dismissal of Quezada's action as duplicative of his action in *Quezada v. Hedgpeth,* No. 1–08–cv–01404–FRZ (E.D.Cal filed Sept. 19, 2008) was an abuse of discretion because the action does not involve the same parties. *See id.* at 688–89 (setting forth the standard for determining when a case is duplicative); *see also United States v. Bhatia,* 545 F.3d 757, 759–60 (9th Cir. 2008) (describing the circumstances in which a nonparty can be bound by a prior decision). Accordingly, we reverse and remand for further proceedings consistent with this disposition.

**REVERSED and REMANDED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.